1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| HECTOR MARTINEZ, an individual person; VICTOR MARTINEZ, an individual person,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>STATE NATIONAL INSURANCE COMPANY, INC.<br><br>　　　　Defendant. | CASE NO. C 05-01297 MMC<br><br>[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

### ORDER

GOOD CAUSE APPEARING, and upon stipulation of the parties, it is hereby ordered that the Case Management Conference currently scheduled to take place in the above-captioned matter on August 5, 2005 at 10:30 a.m. in Courtroom 7 on the 19th Floor of the Federal Building, is vacated due to unavailability of trial counsel. Good cause further exists for holding the Case Management Conference after the parties attend mediation on August 23, 2005.

///

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
M:\S2900\S2900.063\plstipcmcl.wms.frm

```
 1        IT IS FURTHER ORDERED that the Case Management Conference
 2   shall be rescheduled and will take place on  September 16  ,
 3   2005 at   10:30    a.m./p.m. in Courtroom 7 of the above-
 4   captioned Court.
 5        IT IS SO ORDERED.
 6
 7   DATED:    July 7, 2005
 8                                      _____
                                        UNITED STATES DISTRICT JUDGE
```

APPROVED
Judge Maxine M. Chesney