IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MARTINEZ and VICTOR MARTINEZ,<br><br>    Plaintiffs,<br><br>  v.<br><br>STATE NATIONAL INSURANCE COMPANY, INC.,<br><br>    Defendant.<br>_____/ | No. C-05-1297 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    The parties having advised the Court that they have tentatively agreed to a settlement of the above-titled action,

    IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for September 16, 2005 is hereby CONTINUED to October 14, 2005 at 10:30 a.m.  A Joint Case Management Statement shall be filed no later than October 7, 2005, if the case has not been dismissed by that date.

    **IT IS SO ORDERED.**

Dated: September 13, 2005

                                            MAXINE M. CHESNEY
                                            United States District Judge