```
1  WILLIAM MCGRANE [057761]
   MAUREEN HARRINGTON [194606]
2  McGRANE, GREENFIELD, HANNON & HARRINGTON LLP
   One Ferry Building, Suite 220
3  San Francisco, CA  94111
   Telephone:   (415) 283-1776
4  Facsimile:    (415) 283-1777
   E-mail address:  wmcgrane@mghhsf.com
5
   Attorneys for Plaintiffs Hector Martinez and Victor Martinez
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10
    HECTOR MARTINEZ, an individual person;    Case No. C 05-01297 MMC
11  VICTOR MARTINEZ, an individual person,
                                              STIPULATION FOR DISMISSAL ;
12           Plaintiffs,
                                              ORDER THEREON
13      vs.

14
    STATE NATIONAL INSURANCE
15  COMPANY, INC., a Texas corporation,

16           Defendant.
```

---
1
STIPULATION FOR DISMISSAL

1   The parties to the above-captioned matter, by and through their attorneys of
2   record, hereby stipulate as follows:
3       1.   The above-captioned matter has been settled.
4       2.   Pursuant to the terms of the written settlement agreement entered
5   into by the parties, this matter should be dismissed, with prejudice. Each party
6   shall bear their own costs and attorneys fees except as provided in the settlement
7   agreement.
8       SO STIPULATED.

9   DATED: October 11, 2005         McGRANE, GREENFIELD, HANNON
                                    & HARRINGTON LLP

                                    By: ___/s/ William McGrane_____
                                          William McGrane
                                    Attorneys for Plaintiffs Hector Martinez
                                    and Victor Martinez

    DATED: October 11, 2005         HARDIMAN & CARROLL

                                    By: ___/s/ Michael F. Hardiman_____
                                          Michael F. Hardiman
                                    Attorneys for Defendant State National
                                    Insurance Company

    The matter is dismissed with prejudice.
    SO ORDERED.
    DATED: October ___, 2005

                                    _____
                                    Hon. Maxine M. Chesney
                                    Judge of the United States District Court